UNITED STATES of America,
Plaintiff and Appellee,

v.

Paul Dall ISOM and Albert Arnold
Orndoff, Appellants.

Nos. 25581, 25582.

United States Court of Appeals,
Ninth Circuit.

Nov. 9, 1970.

Donald H. Hazel, Sanger, Cal. (argued) on § 25581, Eugene W. Krum, Sanger, Cal. (argued) on § 25582, for appellant.

Richard V. Boulger, Asst. U. S. Atty. (argued), Dwayne Keyes, U. S. Atty., Fresno, Cal., for appellee.

Before CHAMBERS, DUNIWAY and KILKENNY, Circuit Judges.

PER CURIAM:

The judgment of conviction is reversed for the reason that there was not enough evidence of dominion and control by the defendants to sustain the conviction.

Cf. Williams v. United States, 9 Cir., 418 F.2d 159.

UNITED STATES of America,
Plaintiff and Appellee,

v.

Robert Carroll GILMORE and Bennie
Padilla Medina, Appellants.

No. 25432.

United States Court of Appeals,
Ninth Circuit.

Nov. 9, 1970.

W. Stuart Home (argued), Fresno, Cal., for appellants.

Richard V. Boulger, Asst. U. S. Atty. (argued), Dwayne Keyes, U. S. Atty., Fresno, Cal., for appellee.

Before CHAMBERS, DUNIWAY and KILKENNEY, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed. Even though there was no motion at the end of all the evidence for a judgment of acquittal, we find adequate testimony in the record to support the verdicts.